Fannie G. Burkholder, Jesse W. Johnson, and George W. Gerdes, Individually and as Administrator, c.t.a. of Estate of Fannie G. Burkholder, Deceased, Plaintiffs-Appellants, v. Harry E. Burkholder, Arlene C. Danreiter, Individually and as Executrix of Will of Charles P. Danreiter, Deceased, Charles Le Roy Danreiter, Minor, Socony-Vacuum Oil Co., Inc., Louise A. Connor et al., Defendants-Appellees.

Gen. No. 10,897. (Abstract of Decision.)

Second District.

June 23, 1956.

Rehearing denied July 16, 1956.
Released for publication July 17, 1956.

Jesse W. Johnson, pro se, plaintiff-appellant; Ward & Ward, for George

W. Gerdes, plaintiff-appellant; Jacob Cantlin and Samuel Rubin, for Harry E. Burkholder, appellee. Opinion by JUSTICE CROW. Not to be published in full.